UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 08-40026-FDS |
| FRANK MILLER; GARY C. GITTO; ) | |
| CHARLES N. GITTO, Jr.; ) | |
| WILLIAM F. DEAKIN; and ) | |
| LOUIS J. PELLEGRINE, JR., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A status conference was held in this case on October 4, 2010. Counsel agreed that additional time is necessary to prepare for trial in this relatively complex case. The case is scheduled for a pre-trial conference for November 17, 2010.

The Court finds that because the extended time necessary to prepare for trial is appropriate, and because the parties assented to the exclusion of time, "the ends of justice served by [granting the request] outweigh the interest of the public and the defendant in a speedy trial." 18 U.S.C. §§ 3161(h)(7)(A). Therefore, the period of time from October 4, 2010 through November 17, 2010 shall be excludable under the Speedy Trial Act. *Id.*

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: October 4, 2010